# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 1/23/2026 |
| Case: 5:25–bk–00458–MJC | Form ID: ordsmiss | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Jordan Matthew Katz | jkatz@raslg.com |
| aty | Lisa M. Doran | ldoran@dorananddoran.com |
| aty | Michelle McGowan | mimcgowan@raslg.com |
| aty | Robert Shearer | rshearer@raslg.com |
| aty | Sherri R Dicks | sdicks@raslg.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Linda D. Magwood | 168 Tumbleweed Drive | Long Pond, PA 18334 | |
| cr | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road, Suite 450 | Alpharetta, GA 30004 |
| cr | LVNV Funding, LLC | Resurgent Capital Services | P.O. Box 10587 | Greenville, SC 29603–0587 UNITED STATES |
| cr | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road, Suite 450 | Alpharetta, GA 30004 |
| 5708072 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC | c/o Wakefield & Associates, LLC | Po Box 58 | Fort Morgan, CO 80701 |
| 5691105 | Commonwealth of PA Dept of Revenue | Bankruptcy Division | PO Box 280946 | Harrisburg, PA 17128–0946 |
| 5708071 | EMERGENCY PHYS ASSOCIATES OF PENNSYLVANI | c/o Wakefield & Associates, LLC | Po Box 58 | Fort Morgan, CO 80701 |
| 5691106 | Internal Revenue Service | Bankruptcy Department | PO Box Box 7346 | Philadelphia, PA 19101–7346 |
| 5699637 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 5691107 | Medical Data Systems, Inc. | 2001 9th Avenue Ste 312 | Vero Beach, FL 32960 | |
| 5691108 | Molay Magwood | 168 Tumbleweed Drive | Long Pond, PA 18334 | |
| 5691353 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, PA 17128–0946 | |
| 5699217 | Quantum3 Group LLC as agent for | CF Medical LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 5691109 | Selene | PO Box 8619 | Philadelphia, PA 19101–8619 | |
| 5691110 | St Luke's University Health Network | PO Box 604152 | Charlotte, NC 28260–4152 | |
| 5694268 | U.S. BANK TRUST NATIONAL ASSOCIATION | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road., Suite 450 | Alpharetta, GA 30004 |
| 5711993 | U.S. BANK TRUST NATIONAL ASSOCIATION | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road., Suite 450 | Alpharetta, GA 30004 |
| 5767136 | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, & Crane PL | 13010 Morris Rd., Suite 450 | Alpharetta, GA 30004 |
| 5709197 | U.S. Bank Trust National Association, not in its i | Selene Finance LP | 3501 Olympus Blvd, Suite 500 | Dallas, TX 75019 |

TOTAL: 19